UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

HOMERZELL HEARD,

    Plaintiff,

v.                                              Case No.  3:17-cv-00501

CAPITAL ONE BANK (USA), N.A.,

    Defendant.

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismissal of this action with prejudice and with each party to bear its own costs of court, thereby concluding this matter in its entirety.

Respectfully submitted,

| | |
|---|---|
| */s/ Octavio Gomez*               | /s/ *Jennifer E. Ziemann*          |
| Octavio Gomez | Jennifer E. Ziemann |
| Georgia Bar No. 617963 | Georgia Bar No. 264280 |
| MORGAN & MORGAN, PA | Burr & Forman LLP |
| One Tampa City Center | 171 17th Street NW, Suite 1100 |
| Tampa, Florida 33602 | Atlanta, GA  30363 |
| Phone: (813) 223-5505 | Telephone: (404) 685-4336 |
| Fax: (813) 222-2490 | Facsimile: (404) 817-3244 |
| tgomez@forthepeople.com | jziemann@burr.com |
| *Counsel for Plaintiff* | Counsel for Defendant |